Pamela Arnold Bassel
State Bar Number 01344800
Stephen G. Wilcox
State Bar Number 21454300
BASSEL & WILCOX, P.L.L.C.
P.O. Box 11509
Fort Worth, Texas  76110-0509
(817) 870-1140 Telephone
(817) 870-1181 Facsimile
pbassel@basselwilcox.com
swilcox@basselwilcox.com

**ATTORNEYS FOR CHRYSLER FINANCIAL SERVICES AMERICAS L.L.C. F/K/A DAIMLERCHRYSLER FINANCIAL SERVICES AMERICAS L.L.C.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| WILMA WEIDAUER, | § | CASE NO. 09-70116-HDH-13 |
| | § | |
| Debtor(s). | § | |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

Please take notice that the undersigned of the firm of Bassel & Wilcox, P.L.L.C. represents   Chrysler Financial Services Americas L.L.C. f/k/a DaimlerChrysler Financial Services Americas L.L.C., a secured creditor and party-in-interest in these proceedings, and enters an appearance and demands that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the office, post office address, and telephone number set forth below, pursuant to Rule 2002 of the Bankruptcy Rules of Procedure.

Respectfully submitted,

 /s/    Pamela Arnold Bassel
Pamela Arnold Bassel
State Bar Number 01344800
Stephen G. Wilcox
State Bar Number 21454300
BASSEL & WILCOX, P.L.L.C.
P.O. Box 11509
Fort Worth, Texas  76110-0509
(817) 870-1140 Telephone
(817) 870-1181 Facsimile
pbassel@basselwilcox.com
swilcox@basselwilcox.com

              **ATTORNEYS FOR CHRYSLER FINANCIAL SERVICES AMERICAS L.L.C. F/K/A DAIMLERCHRYSLER FINANCIAL SERVICES AMERICAS L.L.C.**

## CERTIFICATE OF SERVICE

 This is to certify that a true and correct copy of the foregoing Notice of Appearance and Demand for Service of Papers was ELECTRONICALLY FILED on:

Monte White
1106 Brook Avenue
Wichita Falls, TX 76301

Walter OCheskey
6308 Iola Avenue
Lubbock, TX 79424

Office of the U.S. Trustee
1100 Commerce, Room 976
Dallas, Texas 75242-1496

on April 2, 2009.

               /s/ Pamela Arnold Bassel
               Pamela Arnold Bassel
               Stephen G. Wilcox

952/32878/193072